**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**LOCAL BANKRUPTCY FORM #5**

```
IN RE:                                BANKRUPTCY No: 17-24369
Christine M. Demaio,
         Debtor                       Chapter 7
```

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statements are transmitted herewith:

_x__    Voluntary Petition *Specify reason for amendment*

**PLEASE NOTE THE AMENDMENT IS DESIGNED TO CORRECT A TYPOGRAPHICAL ERROR OF THE DEBTOR'S FIRST NAME.  THE CORRECT SPELLING IS "CHRISTINE".**

**Official Form 6 Schedules** (Itemization of changes must be specified)
____    Summary of Schedules
____    Schedule A – Real Property
___     Schedule B – Personal Property
___     Schedule C – Property Claimed as Exempt
____    Schedule D – Creditors Holding Secured Claims
            Check One:
            _____ Creditor(s) added
            _____ NO Creditor(s) added
            _____ Creditor(s) deleted
____    Schedule E – Creditors Holding Unsecured Priority Claims
            _____ Creditor(s) added
            _____ NO Creditor(s) added
            _____ Creditor(s) deleted
____    Schedule F – Creditors Holding Unsecured Non-Priority Claims
            Check One:
            ____ Creditor(s) added
            _____ NO Creditor(s) added
            _____ Creditor(s) deleted
____    Schedule G – Executory Contracts and Unexpired Leases
            Check One:
            _____ Creditor(s) added
            _____ NO Creditor(s) added
            _____ Creditor(s) deleted

____    Schedule H – Codebtors

____    Schedule I – Current Income of Individual Debtor(s)

____    Schedule J – Current Expenses of Individual Debtor(s)

____    Statement of Financial Affairs

____    Chapter 7 Individual Debtor's Statement of Intentions

____  Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims

___  Disclosure of Compensation of Attorney for Debtor

___  Other: _____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Fed. R. Bankr. Proc. 1009(a) and Local Rule 1009-1, I certify that notice of the filing of amendment(s) checked above has been given this date to the U.S. Trustee, the Trustee for this case, and to entities affected by the amendment by U.S. First Class Mail, postage-prepaid at the following addresses:

**SENT VIA ELECTRONIC NOTICE:**
Office of U.S. Trustee
Jeffrey J. Sikirica, Esquire, Chapter 7 Trustee

**SENT VIA U.S. FIRST CLASS MAIL:**

| | |
|---|---|
| Date: February 15, 2018 | /s/Shawn N. Wright |
| | SHAWN N. WRIGHT, ESQUIRE |
| | Counsel for Debtor |
| | 7240 McKnight Road |
| | Pittsburgh, PA 15237 |
| | (412) 920-6565 |
| | PA # 64103 |
| | shawn@shawnwrightlaw.com |