IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **17-24369** |
| **Christine M. DeMaio** | : | |
| | : | Chapter **7** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **Christine M. DeMaio** | : | |
| | : | |
| Movant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, ___**Shawn N. Wright**___ , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.



Credit Collections U.S.A.

16 Distributor Drive, Suite 1

PO Box 873

Morgantown WV 26501

Guardian Protection Service

174 Thorn Hill Road

Warrendale PA 15086

By: **/s/ Shawn N. Wright**

Signature

**Shawn N. Wright**

Typed Name

**7240 McKnight Road**
**Pittsburgh, PA 15237**

Address

**(412) 920-6565 Fax:(412) 226-5216**

Phone No.

**64103 PA**

List Bar I.D. and State of Admission